IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Micah Mazzacane<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Transunion, LLC, *et al.*<br><br>　　　　　　Defendants. | Civil Action No. 3:12-cv-00674-AWT |

## STIPULATION TO DISMISS BANK OF AMERICA, N.A.

IT IS HEREBY STIPULATED by and between the Plaintiff MICAH MAZZACANE and Defendant BANK OF AMERICA, N.A., by and through their undersigned attorneys, who are authorized to execute this Stipulation, that the above-entitled action is hereby dismissed as to BANK OF AMERICA, N.A. in its entirety and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

**FOR PLAINTIFF MICAH MAZZACANE**

_/s/ Joanne S. Faulkner_
Joanne S. Faulkner, Esquire
123 Avon Street
New Haven, CT 06511
*Counsel for Plaintiff Micah Mazzacane*

**FOR DEFENDANT BANK OF AMERICA, N.A.**

_/s/_

*Counsel for Bank of America, N.A.*

Daniel J. Krisch
Fed. Bar No. 21994
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel. (860) 297-4630
Fax (860) 548-0006
krisch@halloran-sage.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, a true and correct copy of the foregoing motion has been filed using the Court's ECF system, causing notice to be served upon the following counsel of record:

Joanne S. Faulkner, Esquire
Law Offices of Joanne S. Faulkner
123 Avon Street
New Haven, Connecticut 06511-2422

*Attorneys for Plaintiff*

Robert J. Schuckit, Esquire
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

*Attorneys for Defendant*
*Trans Union, LLC*

/s/ Daniel J. Krisch
Daniel J. Krisch