UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

---

MICAH MAZZACANE,                    CASE NO. 3:12-cv-00674-AWT
      Plaintiff,

vs.

TRANSUNION, LLC;
BANK OF AMERICA, N.A.; and
EQUIFAX INFORMATION SERVICES, LLC;     December 14, 2012
      Defendants.

---

### JOINT NOTICE OF SETTLEMENT

---

    Plaintiff, Micah Mazzacane ("Plaintiff"), by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby give notice to the Court that Plaintiff and Trans Union have reached a settlement as to all matters raised in this action.

    The parties will file a stipulation of dismissal, with prejudice, once the settlement is consummated.

    Plaintiff and Trans Union request that the upcoming hearing in this matter, scheduled for December 17, 2012, be cancelled and that all currently pending motions before the Court be denied as moot.

                                                  Jointly Submitted By:

                                                 */s/ Joanne S. Faulkner (with consent)*
                                                 Joanne S. Faulkner (ct04137)
                                                 123 Avon Street
                                                 New Haven, CT 06511-2422
                                                 Telephone:  (203) 772-0395
                                                 E-Mail:  j.faulkner@snet.net

                                                 *Counsel for Plaintiff, Micah Mazzacane*

*/s/Andrew M. Lehmann*
Andrew M. Lehmann, Esq. (MI # P75724)*
(Admitted *Pro Hac Vice*)
*Admitted in Michigan Only
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  alehmann@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*


Howard K. Levine, Esq. (ct10555)
Carmody & Torrance, LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT  06509-1950
Telephone:  (203) 777-5501
Fax:  (203) 784-3199
E-Mail:  hlevine@carmodylaw.com

*Local Counsel for Defendant, Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **14th day of December, 2012**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Joanne S. Faulkner, Esq. j.faulkner@snet.net | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **14th day of December, 2012**, properly addressed as follows:

| | |
|---|---|
| None | |

/s/ Andrew M. Lehmann
Andrew M. Lehmann, Esq. (MI # P75724)*
(Admitted *Pro Hac Vice*)
*Admitted in Michigan Only
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  alehmann@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*